NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Capitol Records, LLC v. Vimeo, LLC     Docket No.: 14-1048(L)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Brian M. Willen

Firm: Wilson Sonsini Goodrich & Rosati, P.C.

Address: 1301 Avenue of the Americas, 40th Floor

Telephone: 212-999-5800     Fax: 212-999-5899

E-mail: bwillen@wsgr.com

Appearance for: PINTEREST, INC., TUMBLR, INC., AND TWITTER, INC.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Vimeo, LLC and Connected Ventures, LLC / Appellants)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: s/ Brian M. Willen

Type or Print Name: Brian M. Willen