# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand sixteen.

_____

Capitol Records, LLC, a Delaware Limited Liability company, Caroline Records, Inc., a New York Corporation, Virgin Records America, Inc., a California Corporation, EMI Blackwood Music, Inc., a Connecticut Corporation, EMI April Music, Inc., a Connecticut Corporation, EMI Virgin Music, Inc., a New York Corporation, Colgems-EMI Music, Inc., a Delaware Corporation, EMI Virgin Songs, Inc., a New York Corporation, EMI Gold Horizon Music Corp., a New York Corporation, EMI Unart Catalog Inc., a New York Corporation, Stone Diamond Music Corporation, a Michigan Corporation, EMI U Catalog, Inc., a New York Corporation, Jobete Music Co., Inc., a Michigan Corporation,

**ORDER**

Docket Nos: 14-1048 (Lead)
14-1049 (Con)
14-1067 (XAP)
14-1068 (XAP)

Plaintiffs - Appellees - Cross Appellants,

v.

Vimeo, Inc., a Delaware Limited Liability company, AKA Vimeo.com, Connected Ventures, LLC, a Delaware Limited Liability company,

Defendants - Appellants - Cross Appellees,

Does, 1-20 inclusive,

Defendant.
_____

Appellee-Cross-Appellants, Appellee-Cross-Appellant Capitol Records, LLC, Caroline Records, Inc., Colgems-EMI Music, Inc., EMI April Music, Inc., EMI Blackwood Music, Inc., EMI Gold Horizon Music Corp., EMI U Catalog, Inc., EMI Unart Catalog Inc., EMI Virgin

Music, Inc., EMI Virgin Songs, Inc., Jobete Music Co., Inc., Stone Diamond Music Corporation and Virgin Records America, Inc. in 14-1048, Appellee Colgems-EMI Music, Inc., EMI April Music, Inc., EMI Blackwood Music, Inc., EMI Gold Horizon Music Corp., EMI U Catalog, Inc., EMI Unart Catalog Inc., EMI Virgin Music, Inc., EMI Virgin Songs, Inc., Jobete Music Co., Inc. and Stone Diamond Music Corporation in 14-1049, Appellant Capitol Records, LLC, Caroline Records, Inc. and Virgin Records America, Inc. in 14-1067, Appellant Colgems-EMI Music, Inc., EMI April Music, Inc., EMI Blackwood Music, Inc., EMI Gold Horizon Music Corp., EMI U Catalog, Inc., EMI Unart Catalog Inc., EMI Virgin Music, Inc., EMI Virgin Songs, Inc., Jobete Music Co., Inc. and Stone Diamond Music Corporation, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk